**NOTE CHANGES MADE BY THE COURT.**

John W. Belsher, Esquire (SBN 103088)
Gregory A. Connell, Esquire (SBN 233228)
BELSHER, BECKER & ROBERTS
Attorneys at Law
412 Marsh Street
San Luis Obispo, California 93401
(805) 542-9900

E-FILED 06/20/12

JS-6

Attorneys for Plaintiff PETROLECTS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLECTS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>PLAINS EXPLORATION & PRODUCTION COMPANY, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV11-02956-PSG(MANx)<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AFTER SETTLEMENT** ; ORDER<br><br>Trial Date: September 11, 2012 |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff PETROLECTS, LLC voluntarily dismisses the above-captioned action WITH PREJUDICE pursuant to the Settlement Agreement entered into by the parties.

Dated: June 18, 2012

DATED: 06/19/12

**IT IS SO ORDERED.**

*[signature]*

**U.S. DISTRICT JUDGE**

BELSHER BECKER & ROBERTS

*[signature]*

Gregory A. Connell
Attorneys for Plaintiff
PETROLECTS, LLC

1

Notice of Voluntary Dismissal With Prejudice
After Settlement

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF SAN LUIS OBISPO   )

I, JENNY EMRICK, declare as follows:

I am a citizen of the United States and an employee in the County of San Luis Obispo. I am over the age of 18 and not a party to the above-entitled action. My business address is 412 Marsh Street, San Luis Obispo, California 93401.

On the date below, I caused the document(s) described below to be served:

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AFTER SETTLEMENT

on the interested parties in this action addressed as follows:

☒ **BY ECF SYSTEM:** I submitted an electronic version of the above-referenced document to the registered participant as identified on the Court's Notice of Electronic filing (NEF).

Bradford F. Ginder  
Steven Evans Kirby  
HOLLISTER & BRACE  
1126 Santa Barbara Street  
Santa Barbara, CA 93102  
805-963-6711  
805-963-0329 - fax  
bginder@hbsb.com

**Attorney for Defendant Plains Exploration & Production Company**

☐ **BY UNITED STATES MAIL:** I am readily familiar with the firm's practice of collection and processing documents for mailing. Under that practice, the envelopes are sealed and, with postage thereon fully prepaid, deposited with the United States Postal Service on that same day at San Luis Obispo, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **BY E-MAIL:** I personally scanned and e-mailed said document to the e-mail address of the addressee above, following ordinary business practices.

☐ **BY FACSIMILE:** On the above-date at ____ p.m., I sent the above-described document(s) via facsimile transmission to the offices of THE ADDRESSEE, following ordinary business practices.

☐ **BY OVERNIGHT COURIER:** I caused such document(s) to be delivered by overnight mail to the offices of the addressee by placing it for collection by **On Trac (fka California Overnight)** following ordinary business practices, to wit, that package(s) will either be picked up from the firm by the courier service, and/or delivered to the courier's office.

**MANDATORY CHAMBER COPY:**

Phillip S. Guitierrez, United States District Judge
United States District Court
Central District, Western Division
255 East Temple St., Rm 870/880
Los Angeles, CA 90012

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 18, 2012, at San Luis Obispo, California.

JENNY EMRICK